UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.        Case No. 8:10-cr-258-T-17MAP

PAUL GOGOLEWSKI
_____/

## AMENDED FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the order of the Eleventh Circuit Court of Appeals remanding to the district court for the limited purpose of correcting the forfeiture money judgment to state that Gogolewski was convicted "only on Count 6 of the Superseding Indictment", mandate entered August 20, 2014. Therefore, the previously entered Judgment of Forfeiture (Doc. 296) is amended in paragraph 2 to read:

> Being fully advised in the premises, the Court hereby finds that as a result of the conspiracy to commit wire fraud, and wire fraud, affecting a financial institution, charged in Counts Six, in violation of 18 U.S.C. §§ 1349, 1343, of the Superseding Indictment, for which he has been convicted, Paul Gogolewski obtained proceeds in the amount of $353,400.00. The Court further finds that the United States is entitled, under 21 U.S.C. § 853(p), incorporated by 18 U.S.C. § 982(b)(1), to forfeit any property belonging to the defendant as a substitute asset in satisfaction of his money judgment.

``
Case 8:10-cr-00258-EAK-MAP   Document 386   Filed 09/09/14   Page 2 of 2 PageID 9526

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 9th day of September, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All
Parties and
Counsel of Record